UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRENDAN DUNCKLEY, | ) | |
| Petitioner, | ) | 3:13-cv-00269-RCJ-VPC |
| vs. | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has submitted a habeas petition and seeks leave to proceed *in forma pauperis*. (ECF No. 1). In addition to filing the proper affidavit of inability to pay filing fees, a prisoner seeking to proceed *in forma pauperis* "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(1), (2). Petitioner in the instant action has failed to submit an *in forma pauperis* application that provides the necessary financial information and includes a financial certificate signed by an authorized prison or jail officer. It does not appear from the papers presented that a dismissal without prejudice would result in a promptly-filed new petition being untimely. In this regard, petitioner at all times remains responsible for calculating the running of the federal limitation period as applied to his case, properly commencing a timely-filed federal habeas action, and properly exhausting his claims in the state courts.

1 **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT
PREJUDICE** to the filing of a new petition in a new action, with a proper *in forma pauperis*
application in compliance with 28 U.S.C. § 1915(a).

**IT FURTHER IS ORDERED** that the clerk of the court shall send petitioner two copies of
an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two
copies of a blank 28 U.S.C. § 2254 habeas corpus form, one copy of instructions for the same, and a
copy of the petition submitted in this action.

**IT IS FURTHER ORDERED** that petitioner may file a new petition and *in forma pauperis*
application in a new action, but he may not file further documents in this action.

**IT IS FURTHER ORDERED** that all pending motions in this action are **DENIED.**

**IT IS FURTHER ORDERED** that the clerk of the court shall enter judgment accordingly.

Dated this 9th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE