AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

BRENDAN DUNCKLEY,

              Petitioner,           **JUDGMENT IN A CIVIL CASE**

   V.

                                CASE NUMBER:  **3:13-cv-00269-RCJ-VPC**

STATE OF NEVADA, et al.,

              Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of a new petition in a new action.

   July 10, 2013                   **LANCE S. WILSON**
                                   Clerk

                               /s/ D. R. Morgan_____
                                  Deputy Clerk